IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00584-REB-MEH

JAMES WARREN,

    Plaintiff,

v.

CONTINENTAL AIRLINES, INC.,

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

**Blackburn, J.**

The matter before me is defendant's **Response To Order To Show Cause By Attorney Stephen Huffaker** [#16] filed May 4, 2010. Based on the response, I find that the order should be discharged.

**THEREFORE, IT IS ORDERED** that my **Order To Show Cause** [#15] entered April 22, 2010, is **DISCHARGED**.

Dated May 4, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge