IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02843-REB-MEH

JARED B. WIEDMER,

    Plaintiff,

v.

FERRING B.V., a business entity form unknown,
FERRING PHARMACEUTICALS, INC., a corporation,
SANOFI-AVENTIS, a business entity form unknown,
SANOFI-AVENTIS U.S., LLC, a corporation,
AVENTIS PHARMACEUTICALS, INC., a corporation,
AVENTIS S.A. a business entity form unknown,
AVENTIS INC., a corporation,
SANOFI-SYNTHELABO, a business entity form unknown,
HOECHST MARION ROUSSELL, INC., a corporation,
RHONE POULANC S.A., a business entity form unknown, and
DOES1 through 20, inclusive,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANTS FERRING B.V.; FERRING PHARMACEUTICALS, INC.; SANOFI-AVENTIS; AVENTIS PHARMACEUTICALS, INC.; AVENTIS, S.A.; AVENTIS, INC.; SANOFI-SYNTHELABO; HOECHST MARION ROUSSELL, INC.; and RHONE POULANC, S.A., ONLY**

**Blackburn, J.**

    The matter before me is **Plaintiff's Notice of Dismissal By Order of Court Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(2)** [#30] filed May 21, 2010. After careful review of the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against defendants Ferring B.V., Ferring Pharmaceuticals, Inc., Sanofi-Aventis, Aventis Pharmaceuticals, Inc., Aventis, S.A., Aventis, Inc., Sanofi-Synthelabo, Hoechst Marion Roussell, Inc, and Rhone Poulanc, S.A. should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Notice of Dismissal By Order of Court Without Prejudice Pursuant to Fed.R.Civ.P. 41(a)(2)** [#30] filed May 21, 2010, is **APPROVED**;

2. That plaintiff's claims against defendants Ferring B.V., Ferring Pharmaceuticals, Inc., Sanofi-Aventis, Aventis Pharmaceuticals, Inc., Aventis, S.A., Aventis, Inc., Sanofi-Synthelabo, Hoechst Marion Roussell, Inc, and Rhone Poulanc, S.A. are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendants Ferring B.V., Ferring Pharmaceuticals, Inc., Sanofi-Aventis, Aventis Pharmaceuticals, Inc., Aventis, S.A., Aventis, Inc., Sanofi-Synthelabo, Hoechst Marion Roussell, Inc, and Rhone Poulanc, S.A. are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated May 24, 2010, at Denver, Colorado.

                                          **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge