**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02843-REB-MEH

JARED B. WIEDMER,

     Plaintiff,

v.

SANOFI-AVENTIS U.S., LLC, a corporation,

     Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter before me is the **Stipulation of Dismissal With Prejudice** [#41] filed January 10, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation of Dismissal With Prejudice** [#41] filed January 10, 2011, is **APPROVED**;

     2.  That the Trial Preparation Conference set for September 30, 2011, is **VACATED**;

     3.  That the jury trial set to commence October 18, 2011, is **VACATED**; and

     4.  That this action is **DISMISSED WITH PREJUDICE**.

     Dated January 10, 2011, at Denver, Colorado.

                     **BY THE COURT:**

                     Robert E. Blackburn
                     United States District Judge